**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARHILT MELGAR; and DANIEL SPERLING, | |
| Plaintiffs, | CIVIL ACTION NO. 3:12-CV-1916 |
| v. | |
| WILLIAM WEINSTEING; KAZIMIERZ SPERLING; and CCM AUTO REPAIRS, INC., | (JUDGE CAPUTO) |
| Defendants. | |

## ORDER

**NOW**, this 27th day of September, 2012, **IT IS HEREBY ORDERED** that Plaintiffs Carhilt Melgar and Daniel Sperling are given leave to file an amended complaint within twenty-one (21) days from the date of this order.  If Plaintiffs fail to do so, the action will be dismissed.

/s/ A. Richard Caputo

A. Richard Caputo
United States District Judge