## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARHILT MELGAR; and DANIEL SPERLING,<br><br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>WILLIAM WEINSTEING; KAZIMIERZ SPERLING; and CCM AUTO REPAIRS, INC.,<br><br>　　　Defendants. | CIVIL ACTION NO. 3:12-CV-1916<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 27th day of September, 2012, **IT IS HEREBY ORDERED** that Plaintiffs Carhilt Melgar and Daniel Sperling are given leave to file an amended complaint within twenty-one (21) days from the date of this order. If Plaintiffs fail to do so, the action will be dismissed.

　　　　　　　　　　　　　　　　　　/s/ A. Richard Caputo

　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　United States District Judge